BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>                    v.<br><br>MELVIN LANDRY JR. and<br>DOMINIQUE MARTIN<br><br>                              Defendants. | CASE NO.  2:14-CR-0030 TLN<br><br>MOTION TO DISMISS INDICTMENT AS TO<br>DEFENDANTS MELVIN LANDRY JR. AND<br>DOMINIQUE MARTIN; ORDER |

The Indictment in this case charged three defendants, Melvin Landry Jr., Dominique Martin, and Eric Carlisle, with Conspiracy to Commit Robbery Affecting Commerce, in violation of 18 U.S.C. § 1951(a), Robbery Affecting Commerce, in violation of 18 U.S.C. § 1951(a), and Using/Carrying a Firearm in Furtherance of a Crime of Violence in violation of 19 U.S.C. § 924(c).  The defendants were also Indicted in the Northern District of California ("N.D.CA") with similar charges growing out of other robberies of commercial establishments in that District.

Defendant Eric Carlisle pled guilty in the N.D.CA to charges from the present E.D.CA Indictment (under Rule 20, F.R.Crim.P.), and to separate charges from the N.D.CA Indictment, and was sentenced to 120 months in prison.  Defendants Landrey and Martin went to trial on the N.D.CA charges, were convicted, and were recently each sentenced to approximately 55 years in prison.  Given that, no further need exists to prosecute these two defendants on the pending E.D.CA charges.

Therefore, pursuant to Rule 48(a) of the F.R.Crim.P., the government moves to dismiss, without

prejudice, the charges in the Indictment in the above captioned case and to withdraw any outstanding arrest warrants related to these charges as to defendants Landrey and Martin.  Neither defendant has made an appearance in this District on these charges.

Dated:  March 17, 2016                                    BENJAMIN B. WAGNER
                                                         United States Attorney


                                               By:   /s/ RICHARD J. BENDER
                                                         RICHARD J. BENDER
                                                         Assistant United States Attorney


It is SO ORDERED.

This 18th day of March, 2016.


                                                         Troy L. Nunley
                                                         United States District Judge